UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION                                                     MDL No. 1760

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–135)**

On April 18, 2006, the Panel transferred 27 civil action(s) to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 563 additional action(s) have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J Campbell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION                                                  MDL No. 1760

### SCHEDULE CTO–135 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA NORTHERN | | | |
| FLN | 1 | 10–00235 | MELLA et al v. NOVARTIS PHARMACEUTICALS CORPORATION (MDTN No. 3:10cv1201) |
| FLN | 1 | 10–00238 | MANARITE et al v. NOVARTIS PHARMACEUTICALS CORPORATION (MDTN No. 3:10cv1202) |

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By Ann Frantz at 4:34 pm, Dec 17, 2010

DEPUTY CLERK

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

By Ann Frantz on Dec 17, 2010

DEPUTY CLERK